FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 AUG 17  AM 11: 31

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-130-CEM-DCI
18 U.S.C. § 922(g)(1)

BOBBY HOUSTON BRIDGES, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 5, 2022, in the Middle District of Florida, the defendant,

BOBBY HOUSTON BRIDGES, JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Delivery of Cocaine, on or about September 20, 2011;

2. Sale, Manufacture, or Delivery of a Controlled Substance, on or about September 16, 2011;

3. Delivery of Cannabis (Marijuana) for Consideration or More Than 20 Grams, on or about June 30, 2009;

4. Possession of Cannabis (Marijuana) with Intent to Sell or Deliver, on or about June 30, 2009;

5. Possession of Cocaine, on or about December 17, 2007;

6. Delivery of Cocaine, on or about March 26, 2001;

7. Burglary of Structure, on or about September 24, 1998;

8. Grand Theft, Third Degree, on or about September 24, 1998;

9. Grand Theft of a Motor Vehicle, on or about April 6, 1998;

10. Attempted Possession of Cocaine, on or about April 6, 1998,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Smith & Wesson firearm, and Sellier & Bellot ammunition and TulAmmo ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson firearm and 9mm ammunition, seized from the defendant's person on May 5, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Terry B. Livanos
Assistant United States Attorney

By: _____
for Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

BOBBY HOUSTON BRIDGES JR.

## INDICTMENT

Violation:

18 U.S.C. § 922(g)(1)

A true bill.

_____
Foreperson

Filed in open court this 17th day of August, 2022.

_____
Clerk

Bail   $_____