UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                        Case No: 6:22-cr-130-CEM-DCI

**BOBBY HOUSTON BRIDGES, JR.**

AUSA: Terry Livanos

Defense Attorney: Joshua Lukman, Federal Public Defender

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **January 19, 2023**<br>9:56 A.M. – 9:57 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 1 Minute | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances taken.

The Court addresses matters with both parties.

Ore Tenus Motion to Continue Sentencing by Defense Counsel. The Court grants the Motion by Endorsed Order.

The Sentencing date is rescheduled to Thursday June 15, 2023, at 10:30 A.M.

Court is adjourned.