UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.                                                 Case No: 6:22-cr-130-CEM-DCI

**BOBBY HOUSTON BRIDGES, JR.**

      **Defendant.**

_____/

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the United States' Motion for Final Judgment of Forfeiture (Doc. 49) filed pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2) for a **Smith & Wesson Model MP 9 Shield, 9mm caliber, Serial Number HAP0281 and Nine Rounds of Assorted Ammunition** seized from Defendant

On January 19, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 36) for the property listed above pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published a proof of publication (Doc. 38) indicating its intent to dispose of the property listed above on the official government website, www.forfeiture.gov, from April 27, 2023 through May 26, 2023. The

publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interests within sixty days of the first date of publication. No third party is known by the United States to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown the Motion (Doc. 49) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States.

**DONE** and **ORDERED** in Orlando, Florida on July 27, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties